# United States District Court
## Eastern District of Wisconsin

Kvon Smith

Per Se

_____
(Full Name of Plaintiff or Plaintiffs)

vs

_____

_____

_____

_____
(Full Name of Defendant or Defendants)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

U.S. DISTRICT COURT
EASTERN DISTRICT-5
FILED

2012 DEC 20  A 10: 01

JON W. SANFILIPPO
CLERK

**12-C-1294**

No.   _____

(Supplied by Clerk)

## COMPLAINT

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?

☐ YES        ☒ NO

B. Have you begun other lawsuits in state or federal court?

☐ YES        ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

Plaintiff(s) _____

_____

Defendant(s) _____

_____

_____

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) _Kvon Smith_

B. Your Address _2616 N. Frederick Ave Apt. 119_

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) _University of Wisconsin-Milwukee, Wisconsin Department of Justice. Wee Start Child Care Center, U.S. BankCorp Center, Capital Times+ WI state Journal, JS online, Sheriff of Dane County, Palermo's Pizza Don Nevrasco, Mark Hazelbaker + Associates, Axley Brynelson, LLP, Direct TV, NFL, MLB_

D. Defendants address _Walmart Home office, U.S. Marshals, Badger Bus_

E. Additional DEFENDANTS (names and addresses) _U.S. P.S., WI Badgers Football, UW-credit union, Summit Credit union, Miller Cones LLC, Pepsi Co Inc, Green Bay Packers, Milwaukee Police Department, UW-Milwaukee PD, Kim + LeVoy S.C. AT&T, Verizon corporate office, Covance Inc, Lake Terrace Apts LLC, WI Gov't Accountability Paypal, Midwest Family Broadcasting, FBI, Great Wolf Lodge, Charter Communications WI state Public Defender, Wells Fargo, WI Lottery, Apple, Youtube LLC_

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

STATEMENT OF CLAIM CONTINUED

STATEMENT OF CLAIM CONTINUED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

END STATEMENT OF CLAIM

## IV. **RELIEF YOU REQUEST**

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I want retribution ; $1,000 trillion (a google) freedom of press, equitable distribution. I want a multi-cultural building on UW-Milwaukees' campus; KVON Smith Hall, a day in WI in appreciation of diversity + to my human rights and prosperity ers. In addition to what I mentioned I want a public apology from UW-Milwaukees' Administrators to students at UWM, Milwaukee; to the people of the state. And they all should be fired, and lose their licenses, in regards to helping them teach or lead a collegiate Institution or any other scholastic endeavour they may have.

I declare under penalty of perjury that the foregoing is true and correct

Complaint signed this __20__ day of __Dec__ , _12_ .

_____

(Signature of Plaintiff(s))

Addresses And Names Company

1. Wee Start Child Care Center
   1501 Jenifer Street, Madison WI 53704

2. 17 West Main Street, Madison WI 53703
   - Wisconsin Department of Justice / Risser Justice    Fax: 608-267-2

3. U.S. Bancorp Center
   800 Nicollet Mall, Minneapolis, MN 55402

4. Capital Times & WI State Journal
   P.O. Box 8060 Madison, WI 53708

5. JsOnline
   P.O Box 371, Milwaukee WI 53201

6. Sheriff of Dane County
   Security Services Fund, Madison, WI 53703

7. Palermo's Pizza
   3301 W. Canal Street, Milwaukee 53208

8. USPS 475 L'Enfant Plaza SW
   Washington DC 20260 - 0004

9. WI Badgers Football
   University of Wisconsin Intercollegiate
   Athletics Kellner Hall 1440 Monroe Street
   Madison, WI

10. UW-Credit Union     Fax: (608) 236-2450
    2200 East Kenwood Boulevard Milwaukee, 532

11. Summit Credit Union 4800 American Pkwy
    PO Box 8046 Madison, WI 53708    Madison, 53718

12  Miller Coors LLC ( Fax: 303-277-2649 )
    4251 West State Street, Milwaukee, WI 532

13  Pepsi Co, INC        Fax: 914-253-3123
    700 Anderson Hill Road
    Purchase, NY 10577

14  Green Bay Packers
    P.O. Box 10628  GB, WI 54307-0628
    920-569-7301 Fax

15  Milwaukee Police Department
    749 W. State St  Mke, WI 53233
    (414) 935-7115  Fax

16  UW - Milwaukee Police Department
    Fax (414) 229-4918
    3410 N. Maryland Ave Mke, WI 53211

17  Kim + Laroy, S.C.
    2505 N. 124th Street, Suite 220
    (262) 796-1470

18  AT&T
    208 S. Akard St
    Dallas, TX 75202

19 Verizon Corporate Office ~~office~~
140 West St, New York, NY 1007

20 Covance Inc    Fax (609)452-9375
210 Carnegie Center, Princeton, NJ

21 Midwest Family Broadcasting
730 Ray O Vac De, Madison WI 5371)

22 Dane County Sheriffs Office
Security Services Division
115 W. Doty Street WI 53703

23 Lane Terrace Apartments LLC
7177 N. Port Washington Rd, Suite 101
Glendale, WI 53217   (414) 351-2301 Fax
                      ' State of Wisconsin
24 WI Government Accountability
Board  212 East Washington Ave MADI
WI  Fax (608)267-0500
25 Paypal Fax (650)251-1101
P.O. Box 45950 Omaha, NE 68145.

26 Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535

27. Great Wolf Lodge
1400 Great Wolf Drive, Wisconsin Dells, WI
53965

28. Don Neviaser
3740 Sequoia Trail Verona WI 53593

29. Axley Brynelson, LLP
Tedwards@axley.com
2 E Mifflin St. Ste 200
Madison WI 53703

30. Mark B Hazelbaker + Associates
3555 University Ave
                    (608) 204.9631 ←FAX
Madison, WI 53705

31. Charter communications
12405 Powerscourt Drive, St. Louis, MO

32 Direct TV
P.O. Box 6550 Greenwood Village, CO 80155-6550

33 National Football League
280 Park Ave Ny, NY 10017

34 Major League Baseball
350 Park Ave New York, NY 10022

35. WI State Public Defender
PO Box 7884 MADISON, WI 53707-7884
Fax: (608) 267-1777

36. Wells Fargo
Wells Fargo
420 Montgomery St
San Francisco, CA 94104, Fax: (608) 264-6644
37 Wisconsin Lottery
2135 Rimrock Road, P.O. Box 8941
MADISON, WI 53708-8941

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 11 of 76   Document 1

38   Walmart Home Office
   702 Southwest 8th Street, Bartonville, AR

39.  Apple
I Infinite Loop
Cuperino, CA 95014

40   U.S Marshals
   U.S. Courthouse 517 E Wisconsin Ave suite
   Miluakee, WI 58202
41.  Badger Bus
   635 N. James Lovell St
Milwaukee, WI 53233
   5501 Femrite Drive
Madison, WI 53718

42.  Youtube LLC
   901 Cherry Ave
   San Bruno CA 94066
   Fax: 1-650-253-0001

" PROBABLE CAUSE "

CRIMES: Violating Privacy Act of 1974  19 Dec 12
Violation of Civil Rights Act 1964

BENEFICIAL associations          Violation of Procedural laws

unlawful assembly          defamation

racketeer Influenced and corrupt Organizations

robbery          discovery misconduct

receiving stolen goods

bribery          Fraud - mail, wire, phone

forgery          internet fraud, computer

Kidnapping          identify theft

malicious mischief          * Conspiracy to defraud - overt Act

obstructing justice          * Conspiracy to corrupt public morals
          or outrage public decency.

unlawful or unethical conduct          overt act

Intoxicating liquors          : stalking

malice - desire to inflict injury harm, or suffering

on another, either because of a hostile impulse or out of

deep - seated meanness.          political crime

reckless indifference - careless to the point of

being heedless of the consequences (grossly negligent)

Entry w/o warrant          negligence

* Chain conspiracy - overt act    tampering w/evidence

* hub - and - spoke conspiracy - overt act    destroying evidence

illegal tax information          · home invasion

Most+    discrimination's - disability, genetic information, national o
          types    color/race, religion, retaliation, age, sex.

Occupational Crime          breach of the
          Implied warranty
Organized crime          of habitability.

Victimless crimes, political crime    false reporting
cyber crime.
          aggravated assault
  Physical assault          battery
  Physical altercation

# Worlds largest lawsuit in History!
## 12 Dec 12

## Goals of Criminal Justice System

- Doing Justice
- Controlling crime - strategy
- Preventing crime - cannot happen

* Doing Justice is subjective. Everyone has an opinion. * Ex) Guys who commented on my FB, about Obama & him speaking about wiretapping. - can be used as evidence. Euphamisms.

Protecting civil Rights
Miranda Rights   Due Process                    Crime Control
Ideological extremis, Politically conservative      repressing crime.

When it came to get an attorney my civil rights were violated. (6th Amendment gives me Right to counsel, states and countries I think because my case is on a huge scale, are responsible for appointing my attorneys, wanted to do crime control to repress retaliatory attorneys the very detrimental confict so four of my procedural laws were and are violated. And its said most likely At the same time, attempting to affect my emotional physche, attorneys voluntee which in turn, they would hope cause me to react violently, disorderly (arguement), or physically attack someone, in order to point fingers saying I started the riots in Wisconsin. If it is going to happen it will be of retaliation of me seeking legal justice; which is a type of discrimination, retaliated to specify the particular discrimination.

My research is built off my interpretation of entailment. which my definition is relationships between a variety of fields of study. Do you believe in god. How do you know its real? I pray to god, and I woke up in the morning.  I believe in Freedom of the press, it want comens the what do we do off the impact upon jury in the court room. jury Selection?

Intoxication - tricked into consuming a substance.

Insanity - You are not responsible for the criminal act because you are insane.

PROCEDURAL LAW

- 4th Amendment - Bars unreasonable search and seizures
- 5th Amendment - Basic due process rights
- Self-incrimination • double jeopardy - can't be tried for the same crime to
- 6th Amendment - speedy, fair, & public trial - impartial jury, right to counsel
- 8th Amendment - Bans excessive bail and excessive fines, cruel and unusual punishment
- 14th Amendment - Bill of Rights applies to states.

Does not permit the use of such evidence. Info from cybercrimes - hacked PC etc

Illegally obtained or incompetent -illegally obtained info, evidence. - FB status, and Mark Hazelback said they have a lot of information on me. -Theories thought process. Are not entitled to know this

IF I am a target what crimes does the state I care to? a

As a Result for my cases punishment should be sufficient to outweigh the benefits of the crime. I believe in retribution, punishment that is considered morally right and fully deserved. In other words professionals involved need to lose their licenses and be fired this means administrators at UW-Milwaukee too. They need to replaced with folks that represent Milwaukee' population, which are Latinos, Asians, Blacks, whites, Indians, Native Americans, Middle Easterners. Everyone involved who does not speak up for themselves, deserves the maximum sentences and fines, OR can be quiet and take the maximum sentences and fines. I want $ 2 killion total out by equitable distributions. Also I want a multi-cultural building at UW-Milwaukee; Kvon Smith Hall (Smith A Kvon Smith day in WI in appreciation of diversity, human rights and prosperity era. Many people are put away in jail/prison without knowing their rights that some lawyers just do not tell them for whatever reason. And I, Kvon Smith was deligent enough to do research + find out how I can protect myself against being victimized by the many entities, not to mention many malicious people.

I also have to mention that this opens up old cases, sp. (prison quarterbacks, etc) for sudden tragic deaths w/ celebrities or everyday folks, and for folks who have gone mad due to this experience; families It has affected, gets rid of corrupt professionals. It is literally Changing the world, world changing.

7/12/12

Crime is an urban phenomenon.
Most crime involves a relationship between
victim and offender.
- Costs of crime
  - Economic costs → $105B
  * Psychological costs → $450b
  - Operating costs → $167B
* Fear of Crime   life in danger
  - Fear limits freedom
- Experiences of victims within CJS.
  Etiology of crime - why we commit crimes.
  - Up until the 18th century
  - Crime was supernatural
  CJS was very barbaric
  - Torture - Limited defense - Physical punishment
  Beccaria (1764) father of classical criminology.
  group of theories.  people knew what they were doing.
* Crime is rational. - People weigh costs & benefits.
  Fear of punishment deters crime.
  Punishment should fit the crime & not the
  person. CJS must be predictable
  POSITIVISTIC CRIMINOLOGY
  Human behavior is controlled by physical,
  mental and social factors, not by free will.        Forensic
  Criminals are different from non-criminals.  science
* Science can be used to discover the causes of  biochemistry

Settlement.

Equitable distribution; property settlement; + money (Assets) (liquid cash)

Attorney's fees- Attorney's fees can be awarded if post-judgment action is necessary to enforce the court's award. Fees are also allowed if injunctive relief must be obtained to prevent a party from damaging or destroying marital or seperate property otherwise, no attorney's fees can be awarded in equitable distribution cases. (one month to receive settlement check.) ehow.com. plantiffs who settle in advance of a trial or in advance of a verdict in an ongoing trail of to receive their settlement checks within a month or so of the checks being issued by the defendents or the defendants' insurers. Exceptions to this general rule may occur, for example where there is a medical care lien or other lien on the settlement funds.

Attorneys contingency fee is taken from the settlement check. (rettribution)

Exhausted administrative Remedies

Contacted in the past week. 3 Dec - 10 Dec

10 Dec 12

Milwaukee NAACP (414) 562-1000

National Action Network: Rev Al Sharpton (212) 690-3070

Berg Hill Greenleaf & Ruscitti LLP. Boulder Law Firm
(303) 402-1600 burger" she directed me to check out Colorado Bar Association

Kim # LaVoy, S.C. 11:23am (414) 257-2100 spoke with Paul Crawford 11:56 AM for 25 mins
(262) 796-1400 8:17am (4 calls) Including one on Sun 9 Dec 2012

John Odom & Associates (608) 836-5555 11:17AM No return phone call yet.

Mark Hazelbaker - (608) 663-9770 2:51 pm

MAX Love 2:46 pm. Emailed All Black Everything - they accept help from All theSbemovement@gmail.com

DON NEVIASER 3 Dec 2012 - Day at VERIZON 1857 E. Kenilworth, Mke, WI
White - Hudson & Josh - black
7 times about my cellphone being seperated from his line
Assume Liability number sales reps gave me so he could disconnect

Kris - guy I bought my iPhone 4S from off Craigslist.
that sales phones. Spoke to him about my phone while at Verizon -

4 Dec 12 - Debit Card & Credit Card had been declined
I called a 1-(888) 918-7313 (3 times)
I called the number on the back of the cards.

10 Dec 12 Rent check of $450 did not go through
11 Nov 12 Check number 1001 $450.00 went through, so it
balance is $482.55 checking @ UW-Credit Union

613 Credit Score Last updated 24 Oct 2012
Statements will show I have not been to the bar in a
FAKE I.D.
15 Aug 2012 Bar Louie $64.54
16 Aug 2012 ATM Withdrawal $41.75 used the I.D.
Taken away at Pick Grocery Store w/ Arthur Felton Sept.
Both of us got our faces taken, and Arthus yf got them back

11 Dec 12

Left Mark Hazelbakers office at 1:02 pm.

Left Risser Justice Center bus stop at 2:05 pm.
Attorney General J.B. Van Hollen.
After being turned around from getting emails — directed to any help. She says I need to
17 Fairchild St Public Defender office   clarify what I want out of being acknowledged
Courthouse to see District Attorney.   I told her I was being shunned.

Just googled at 6:17 pm "what is an attorney general." — The principal legal officer who represents a country or a state in legal proceedings and gives legal advice to the government. — The head of the US Department of Justice.

Contacted NAACP MADISON VIA EMAIL 8:35 pm & 8:39 pm (gmail.com)

Board officers (608)256-1942
Dr. Corey Stofer - vice-chair, Mental Health chair - David Caigal   IT leader, vice chair   Director of Development; Director of Diversity — Russell Betts
Dr. Scott Fjsagan.
-Urban League of Greater MADISON   UW-WAD grad '94 — Darren Noak, President
(608)729-1200   2222 S. Park St. Ste 200.
Cynthia Hughes - debt financing, grants, raising capital   Chris Montagnino - Owner of Commercial Construction at Tri-North Builders.
*burnettfe@ulgm.org @ 9:05 pm
Umoja Magazine @ 9:16 pm
Capital Times @ 9:25 pm   'pschneider@madison.com
managing editor, sales, gramling - capitalcityhues.com
@ 9:36 pm

12 Dec 12

Emailed Professor: Dr. Kimberly Hassell   9:03 AM
(414) 229-4110

Emailed tshombeknight@yahoo.com
Tshombe Knight 9:12 am

12 Dec 12
Emailed CNN @ 9:15pm (404) 827-1500 option 1

In fact you to s
I want CEO is i
* Let them Know about testimonials 2t the end. Direct them
about what you Me3ghial Aus.
experienced
being here tonight.
So in the
of entrepreneurship.

1' Here's to the crazy ones, the misfits, the rebel

the troublemakers, the round pegs in the squ

holes ... the ones who see things different

They're not fond of rules. You can quote th
brain Disagree w/ them, glorify or vilify them, but the only thing
do is ignore them they change things. they push the human r

forward, and while some may see them a

the crazy ones, we see genius, because

the ones who are crazy enough to think

they can change the world, are the ones

who do - steve Jobs.                    Howev-

another
we have 
has raised over $300 million dollars throughout his career. BRUCE NEVIASER
also
Bruce has made generous donations to many causes that he believes
one in

particular, Bruce pledged $1 million to the W

Center for Entrepreneurship in the UW-MADI

School of Business to honor his father, Da
MADISON
Neviaser. a a prominent businessman. My peek

make is Bruce NeViaser.

~~The words~~ p' Phrases that come out of my mouth are slicker than ~~an Italian~~ an Italian sheeks.
6 Dec 2012

~~I~~ There are movies for guys like me.
Catch Me If you can, King Tut, Che Guerra,
Tsar Nicholas II, Muhammad ALI, Malcolm X,
Golda Meir is someone great like me.
To all the students, PHD, All types of Doctors, lawyers
Engineers, Scientist, inventors, brilliant philosophers,
& nurses, teachers, professors, Historians,
forensic lab Scientist, musicians, ~~that are~~ Mathematicians. FBI agents,
CIA agents, anyone who is outstanding at their jobs,
their work I love it who are over-looked, and are
made to feel insignificant, ~~the~~ by their superiors,
bosses, supervisors or which ever you call it.
And you think to yourself you can do they
job better than those folks, and all your
peers, collegues, co-workers, friends.
I see y'all, just know you are important.
And keep doing what you are great at no matter
the consequences or jealousy that evokes
from it. One life, satisfy yourself, live
happily, ~~but~~ content knowing you are having
fun with what you are doing. When one ~~tree~~
~~tree grows better~~ ~~branch faster ~~ tree falls,
an acorn drops and another tree grows
in its place. And may even grow taller than the previous tree.
There is always new life, always
more opportunity, possibly greater opportunity.
Do your thang. Life can be short lived, end abruptly.

Polermus Boycott

Yes UWM

FRI 7 Dec 12  11-1pm
Semester ENDiNg meeting.
1. Fair treatment for DREAMers and our families and    Bolton rm
communities, including a roadmap to citizenship for 11    19V.
million Americans without papers and an end to senseless
deportations and abuses

2. The ability to travel without fear, ensuring all
immigrants have access to driver licenses and the ability
to visit family in other countries

3. The elimination of barriers to higher education for
immigrant youth by extending state and federal financial
aid opportunities, as well as in-state tuition rates to
DREAMers available to our peers

4. An end to excessive and costly immigration enforcement
policies which separate families and divide communities,
such as "Secure Communities," E-Verify, 287G, and
roadside checkpoints

5. Access to health care and safe, fair working
conditions and equal protection under the law for all

6. Growth and diversity of our movement for change,
intensifying efforts to become more inclusive of non-
Latinos, LGBTQ communities, differently-abled people,
people of faith, and other groups     Call rm RW -

9 Dec 2012          * U.S. District Court
Nordstrom.          MON - FRI    Representing dif
                                 contacting cw pt
                    8-4:30       (608) 264-5156
                                 choose # 1
# (920) 884-7775         4/4 297-1830  clerk
Chief Judge William C. Greisbach  (608) 260-9900  office
Clerk of court Jon W Sanfippo     Federal Defender Service -
Milwaukee Division
(414) 297-3372 ) ← call first AND then call All the judges.
362 united states Courthouse     ASk someone on FB to call.
                                 once its not going through.
Call Kim & Leroy
(866) 438-5110               tomorrow morning.
                            6 + pm but I called.

Ex)1.

Fair Housing Council on Segregation in Milwaukee, past and Present.

Ex)2 Milwaukee one of the most segregated cities in the country. FACT. To prosecution Prove discrimination is a clear problem in MKE. Create reasonable doubt, on defense.

President Obama says conservatives, for instance, tend to bristle when it comes to gov't interference in the marketplace or their right to bear arms. Yet many of those same conservatives show little to no concern when it comes to gov't wiretapping w/o a warrant or gov't attempts to control sexual practices. — The Audacity of Hope

Oral communication — Police have to get a wire tap order. Install bug or microphone in your house. by obtaining your phone company's cooperation to turn on your cell phone's microphone & eavesdrop on nearby conversations.

Wire communication — If the gov't wants to tape any of your phone calls — landline, cellphone, or Internet based — it has to get a wiretap order.

Bosses/ Acc. Friend circle — Not average, far from it. — Black man in MKE discrimination Emotional IQ. — Jealousy motive behind this unemployment rate highest in country.

I can sing, dance, write, tell poems, critically think, as well as the best minds. Good looks, beauty, future, young age, wanting to be African American, classy, neat, principled, optimistic, impeccable confidence, courage, wealth, the way I dress, openness (values) my skills, who I am, how I am, & what I do, who I do, I for.

It's there even though it's subtle. Like paper in my wall being shown ...

We do PBS. Org.     Sun PRAIRIE Alternative High School

Would be as if he had never reigned. Hatches

name + image removed. Hatchetsons + organizing

& defacing own th Royal Image. Major bedurcratic task

Some of someones career. Take great military effort.

Strategy - Starve them out. Emptying bank accounts, Abrunch of

unexpected to Stand ou the floor, Okanah(PHAROAH) - brought all nations together.

Egypt was most powerful + fosed empire in Earth.
When we get nuke. Human Rights + Prosperity Era. 1940s was th last economic prosperity for AA community.
+ Protect polza + prosperity.
Brotherhood between the great Kings. Exchanging gifts not blows. Rule
intelligence analysts (doctors, historians, developers, forensic scientist)
"connect the dots"
more wealthy + powerful than any recent Pharoah. If you have 2 negative attitude
You will be fired!

Historically King Tut, amazing great man like me have had mysterious murders. Could it be from poison -
CIA + FBI communization barrier results in illegal activity, which results in
- on top of an illegal experiment there were breakdowns in danger, a lot of lives in
careers, families at risk.
communication. so + Nixon Watergate (example)
2x2. Worked tog think be they had to. It was "marred by rivalry and mistrust."
3. Rival Tke + Sigma-have a similar relationship of mistrust + rivalry." - pg. 259
+ Tiananmen Square.

pg. 256. This time, of the 143 patients admitted in

the three-month period, 41 were identified by at least

one staff member as being almost sane.
My Miranda Rights were not
DON Shonka- football scout. Read to me in the beginning of investigation.

pg. 337. Con Ed had done him some terrible

injustice. Clearly, he was clinically paranoid. But

paranoia takes some time to develop.

Bottom of 343
WHAT THE DOG SAW "He feels superior to those
pg. 344 345-346. around him."
organized reminds me of Vice Chancellor Lovell.
Don Nevarsee.
"The perpetrator maintains control throughout the offense."

Side Not 11:31 pm 8 Dec 12 I discovered my meds are missing. I haven't touched them since Sept.

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 25 of 76   Document 1

Social Process Theories

Learning Theories - Bandura

Differential Association - Sutherland
- meanings we assign things. How we rationalize based on our peer group
- Proves recidivism my def. action.

Control Theory - Hirschi
- All people are prone to criminality
- Social bonds that stop people.

Labeling theory - Becker and Lemert
- Does not try to explain the initial criminal act. System itself causes crime.

Conflict theory - Marx and Quinney -
- In the U.S. they're are haves + have nots. People with the money have the money
prestige + influence. Haves use the law as a means to maintain their power.
Vagrancy - you stand around with no jobs are leased out to land owners

Crack cocaine disparity - 1 gram of crack equal to 100 grams of cocaine.
1 gram of crack 8 grams of cocaine

Women + crime - Adler and Simon. "We're going to see
"Because women are going to be more in violent crimes." more property crime."

Governmental Power to punish people for
the harm they have done to Society

1. Substantive - Acts that may be punished by
gov't + the punishments for those acts
- acts + punishment
- murder
- burglary

2. Procedural - Defines the rules that govern
how the laws will be enforced.
execution.

    7 Principles of Criminal Law

· Legality - must be a law making the conduct illegal.
· Actus Reus - there must be an actor omission of an act.
· Causation - causal relationship between act and
harm suffered.
· Harm - Act must cause harm, Incohate offenses
are acts that are illegal because they cause harm.

Cultural Anthropology    pages 7-24

ENthNOCENTRIC fallacy - the idea
that our beliefs and behaviors are
right and true, whereas those of other
people are wrong or misguided

• relativistic fallacy - the idea that it
is impossible to make moral judgements
about the beliefs and behaviors of
others.

• ethnographic method - the immersion
of investigators in the lives of the
people they are trying to understand
and, through that experience, the attainment
of some level of understanding of the meanings
those people ascribe to their existence. -
that immersion process utilizes the technique
of anthropological fieldwork which requires
PARTICIPANT OBSERVATION. - the active
participation of observers in the lives
of their subjects. *Objective reality - says we have a lot
                                              of knowledge but it
                                        has never been examined. In regards to
Enthographic examples:    interpretive drifts pg.45 let nobody
                                Beth Conklin, Brazil
Consuming Grief, Cannibalism          (weri)
Nancy Schoper-Hughes, Brazil
Death w/ out weeping, Infanticide

NADIR (1877–1919) AFTER

d. Destruction of Progress
i. Compromise of 1877
ii. Voting restrictions. — what are modern discriminatory restrictions?
  i. Literacy Tests, Poll taxes, Residency & "Grandfather" clauses.
iii. Intimidation
  1. Lynching, cross/church/home-burning
  2. Ida B. Wells
iv. Jim Crow Laws & Segregation
  1. de jure by the law and de facto discrimination — Segregated few cities in Milwaukee
  2. Plessy v. Ferguson (1896) (in Louisiana)

b. Organizing the fight
i. Black churchwomen & "double jeopardy"
  1. Terrell, Ruffin, and the NACW
  2. Anna Julia Cooper pg. 161 Cooper died in 1964 at 105 yrs old.

19 September 2012

A. Resistance
  a. (Affecting Value) slowdowns, breaking tools, escape, abortion. formerly enslaved Africans.
  b. (Liberation) Rebellions, maroons,
     Do not do what people think of me. — That's what I do. I also read & write. — I have already be I am liberated.
  reading and writing, escape
    i. Gabriel - 1800 — knew how to read & write, he was sought after. very good blacksmith. very good organizer
    ii. Nat Turner - 1831 — organized a group of people for Rebellion. 56 people were killed.

B. Constructing the South — This country was built off my ancestors blood sweat & tears. I am American I built this.
  a. Role in agriculture — my ancestors built this country and we didn't get our 40 acres & a mule. best believe I still got it for them.
  b. Building of infrastructure — mostly built roads in south & railroads. etc.
  c. Skilled laborers

C. Constructing a society
  a. Black freemasons
  b. Black church

7 Dec 2012

Discriminating attempting to negatively affect or black person bc of their membership.

Fighting Segregation at the federal level.

"Interpretive drift" the slow, often unacknowledged shift in someone's manner of interpreting events as they become involved with a particular activity." When someone begins to practice, even in play, some new belief, one becomes more skilled at seeing new patterns and new connections between things. Interpretive drift is similar to adopting a new theory or a new way of interpreting events.

Beliefs can also be sustained.

- Selective perception = Seeing only what ur want to see.

- A belief can also be sustained by suppressing evidence - not allowing evidence that contradicts a cherished belief.

- Free market social environment - one where persons advance by making (and breaking) alliances, taking advantage of opportunity, even (and especially) if it's at the expense of others. (capitalism.) 95% of people take plea bargains.

Astrologers modern day ("witches") when Salem witch trails occurred they would be dead already.

Resistance against progression. enslaved Africans used these techniques and notes in contemporary society use them too

Affecting value (slowdowns) Ex) take your when you're going fast breaking tools. (Blocking debit credit cards) "time its a marathon not the status quo. race."

Intimidation. / Home burning, lynching, poison, drugs tries to hurt the black population.

front side of page.) Black codes No rights to marry. They to control who I can date + not hangout with who gets in contact w/ me. Front page.

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 30 of 76   Document 1

The environment review in the toxicology and toxicology of environmental exposures in our dust, sediment, soil, and water, and against the environment. Being in the environment do you know? How do my beliefs

Is this a red god?

Forensic toxicology perform test on tissue sample + paying fluids (includes) gases

Glucose. Has to be in someone.

15% people take pied meds.

Bargains. Reverse psycology. You send death threats to people to convince them not to tell. If people die or are poisoned... un news go crazy biological curse he's doing like... spook up period.

A serial killer would profess onto it now. Lawyer cross examination.

Learn Chemistry, guitar, Psycology, Sign language, Brail. Learn from italian lovers. Singing. Ethiopia history, AA history, Cleopatra, King Tut, how to draw.
- testicular torsion learn results

*(22k Nicolas Cognitive therapy. French, German + Spanish, Piano, Saxophone, Acting, watch the movie. technology of the feature.

High dose of morphine can stop breathing or cause a heart attack. mummification. Gangrene spreading his heart. MJ movie. Dec 2. King Tut movie. National Geographic. Deadly microorganisms. Died long after.

Toxic metal spose to the base of the skull. exposure. embalming fluid. Haircut. Aspergillis niger - triggers allergic reaction or bleeding in the lungs. tooth ache. Wisdom teeth. No sign of that might have poisoned his blood.

Someone w/ a weak immune system can die from this. In middle school testicular torsion. I had kids living with Dan. Airborne particles / air samples. Not in textbooks.

hydrogen sulfide unsafe amounts ammonia. Phenomonia like symptoms. most extreme death. films to hide.
- burning of the eyes + nose. Radiology. Images of the skull + brain. embalming resine. Straight in the wall. Brain. dangerous mold in the wall. high five + respirtory. Be u sscolp mordge. ceiling toxic mold.

3D scans. knee cap pissing, skin seems to eat away. Both knees. The person do a small dose here another person their so no one person is blamed for a death when chemicals are involved. It is what is happening to me and my siblings, and mom. Slow by sure death is a result. results in medication or suicide. Lot of people.

Or going crazy, even though you are sane. Anthropologist call it. are the participant + observers and are not being honest with me or themselves. University of Wisconsin Milwaukee. Don Neviaseek. my roommate Phil. Chris Kerenstile. Robinx in stitch. Was it bc of power hunger? Why? BC of a brillant mind I have? Being secretly hypnotized? They are going to criminize me.

*Side note my bones are cracking way too much. could cross examine.

Tony Monroe case, same situation. drug that defects the "unnessed able" doses in mouthwash, toothpaste, lotion, gum + colors.

Logic vs irrational, reason why someone would want to control

"The result is that most white Southerners have come to believe, deeply, sincerely and completely, that they have a god-given right to control negroes_. pg. 363.

racism: "But traveling around, I found one thing for sure, it's up-South and down-South and it's no different. The man shoot me in the face in Mississis and you turn around he'll shoot you in the back here [in New York] - which means it is subtle in the Nor

or "We never negated the fact that there was raci in America, but we said that the by-product, what comes off of capitalism, that happens to be racism... that capitalism comes first and next is racism. That when they brought slaves over here, it was to make money. So first the idea came that we want to make money, then the slaves came in order to make that money. That means, through historical fact, that racism had to co from capitalism. It had to be capitalism first a racism was a by-product of that." pg. 57

High emotional IQ - Newspapers, profiled me, my head/life in danger. I am in a small state. 12 Dec 12 high Witness Expert Someone who is... at the game clue

Rejection, distant students, roommate, lies, run arounds

From 3ce-old extroverted karismin/Jkane weirdo-ness. Verbal abuse from my sister. No response from Newspapers, No acknowledgement from University, Family involved, in it.

Dropped from Alpha Kappa Psi, left Sigma Chi, rejected by 4 girls in the last two weeks, computer hacked, FB, cellphone tapped,

controlling Don, being poisoned, drugged, family being fucked

with. AND I am still content, Fine & optimistic, Srykey be my with my life

Progression is trying to be stopped. People want me to depend on them

Want to tell medea, that's fuck'n clingy like an insecure girl or man. or

Dristrit is discrimination Negatively blocking me from stuff

I be there I am black. Still hopeful. Even with my life on the

line every moment. Gave a sexy girl up to my best friend, who I liked

back in the day but I think she would fit him more than me. so blew off. hobbies.

"Best friend turned foe." he is super fake. Don watching all of my funds.

opening my mail at his house. my bank statements, my stock options as if I need your help, lets get Real chancellours for our university.

I am not an adult. Him missing on my FB, AND EMAILS. Don who I've known

for more than half of my life. "yes. I am moving forward without him

And not a tear has come out of my eyes. Being stalked, made out to

be crazy people want to force me to go crazy & call it psychosis.

Who is thinking irrational & who is thinking logically?

Emotional IQ. Someone would have been killed already.

Use of Force

- Correctional officers can use force in 5 situations
1. Self-defense
2. Defense of 3rd persons
3. Upholding prison rules
4. Prevention of a crime
5. Prevention of escapes

Who is in prison?

Uneducated men in late 20s or early 30s

- Racial/ethnic minorities    18-24 age out of crime.

60% have been incarcerated or on probation at least 2 times.

- $\frac{2}{3}$ have been convicted of a violent crime
- Increase in elderly (3x the annual cost)
- Increase in persons infected with HIV and AIDS. (2.1% were HIV+; .5% with AIDS)
- Lots of mentally ill prisoners (50% of jail inmates in LA are mentally ill)

STANFORD PRISON EXPERIMENT

# Castle Doctrine Law

In general, a person who uses force in self-defense or in the defense of another person may not be convicted of a crime stemming from that use of and 2) the person uses that force to prevent or stop what he or she reasonably believes is an unlawful interference with himself or herself or another person, such as the crime of battery. Current law specifies that a person may use force that is intended or likely to cause the death of or great bodily harm to another individual only if the person reasonably believes that using such force is necessary to prevent the imminent death of or great bodily harm to himself or herself or another person.

Black Capitalism - black businessmen,
black owned banks, so the wealth is staying
in the black community. Transformationism -
Plessy v Ferguson 1896 "separate but equal."
1900 - 1940 - 6 million migrated to North.

United Kingdom.
Race Riots - There has been race riots.
ex) Discrimination can occur -                        German Heritage.
White gangs. Athletic clubs in Milwaukee
Jack Johnson riots (1910)

"The NAACP, after all, has always proceeded
according to the law and has always obeyed the
rulings of the courts, even when we thought
those rulings were unfair. This is in conspicuous
contrast to the KKN which, as everyone is aware,
has made its own laws, put itself up as judge
and carried out its own punishments, while at
the same time ignoring the U.S. Supreme Court
and all the other courts." pg 362 Roy Wilkins of the NAACP

Size of caseloads

In 1930s, National Probation Association recommended a caseload of 50

In 1967, President's Commission recommended a caseload of 35

Today, the national avg. for adults is about 150 (and up to 300 in some places)

Revocation and termination of Probation

Ends in 2 ways:
1. Successful completion — In my case it would be to go to court and win.
2. revocation.

Approx. 60% of probationers successfully complete their sentence.

Technical violations occur when a probationer fails to meet the conditions of a sentence.

Assessing Probation

53% of probationers were convicted of a felony.

3 out of 5 probationers see their officer only once a month

Petersillia found that 60% of probationers in LA had NO contact with officers (tracked only by computer)

Support is largely based on cost
— $1,000/year to keep a person on probation

over $20,000 to keep person in jail

Determinate - judge (judicial) imposes fixed-term
presumption or range for breaking laws

more than probation
less than incarceration

Probation ———— Incarceration

# Intermediate Sanctions

3 types

mandatory
minimum
sentence.
3 felonies.
to life in
prison.

1. those administered by judiciary
fines, restitution and forfeiture.

2. those administered in community — intensive supervised probation.
Home confinement, community service, ISP

3. those administered inside institutions.
Boot camp (shock incarceration)

Sentencing
Structure
Legislative
awards laws
may judicial
interpret
laws

• Fines

execute
for
offenders
1. parole
2. Probation

Nationally over $1 B in fines are collected
annually

Used in conjunction with other sanctions

• Forfeiture

Government seizure of property and
other assets derived from criminal
activity.

• Home confinement — w/ all the volunteering I did
and still was shunned, it was I.F
I was in home confinement,
which literally I said in here
• offenders must remain at home during the
specific periods.

Dec.3.
discriminated
against my race
bc must b12e
males in like 2 are
in jails w/ith
as if I served
time volunteering
and still
was shunned.

• Use electronic monitoring (17 companies
monitoring 100,000 offenders)

• Community Service

• offender performs a certain amount
of unpaid labor in the community.

• Intensive Supervised Probation - daily contact,
Probation diversion is for offenders who are too risky for
routine probation.

# Defense Attorneys  ch. 8

- Argue on behalf of client
- Officer of the court
- Least powerful member of courtroom workgroup.
  - COUNSEL AND INTERPRET the law for defendants

Relationship between attorney and client is centered on distrust and hostility

## Right to Counsel

6th AMENDMENT

GIDEON VS. WAINWRIGHT 1963

- Court appointed attorney for indigent defendants charged with a felony.
- Do indigent people charged with a misdemeanor get a court-appointed attorney
- Only in cases in which imprisonment is a potential penalty.

When do defendants have the right to counsel?

- "Critical stages" test

Defendant is entitled to legal representation "at every stage of prosecution" where substantial rights of the accused may be affecting requiring the guiding hand of counsel."

rights to counsel

Plea-bargaining
sentencing
appeals of right

CRITICAL Stages    when the person is present right to counsel

Post-arrest right to counsel.

In a line-up you have the right to counsel if present

A photo line-up - no right to counsel.

Issues with Plea Bargaining
• "Jury Trial Penalty"
  Harsher punishment if you refuse the plea bargaining
  Can a defendant plead guilty even though
  he/she professes to be innocent?
  Alford vs NC (1971)     Pleading contest. Civil cases.
  + USSC held that a defendant can plead
  guilty even when professing innocence.
• Criticisms
    Selection of the Jury
• Voire Dire -to tell the truth
    Questioning juror
• Challenge for cause - legal reason why this person/legitmate
    cannot serve on this jury. Bias
    You know the person, next door neighbor
• Peremptory challenges
  Freebie - strike + remove someone from the jury (prosecutor + defense get it)
                      TRIAL PROCESS
• Opening statements
• Prosecutor's Evidence
• Defense Evidence
• Presentation of Rebuttal Evidence by
  prosecutor
• Closing arguments
• Judge's Instructions to Jury
• Decision by Jury

Ch. 9          8/7/12

4 forms of Bail
- Cash bond
- Property bond — property must be worth 2 times bond
- Release on recognizance — mostly people that don't have a criminal record. First offense
- Bail agent / Bondsman — Private industry operating within the realm of the courthouse. As long as you appear in court. they pay for bond but charge interest

which factors should be used to determine bail amount?

Set a high bond for takes 2 risk

uncertainty — are they going to commit this again.

risk — CRIME CONTROL.

jail overcrowding

Why is PRETRIAL detention such a huge issue?

It takes a long time to get TRIAL   INNOCENT until PROVEN GUILTY " conflicts with constitutional rights why hold me this long if I'm presume innocent.

3 types PLEA BARGAINING
- Charge Bargaining    plead to lesser charge.
- Defendant pleads guilty to a less serious charge than the one originally filed. when you're only charge with one thing.
- Count Bargaining    multiple accounts
- Defendant pleads guilty to some but not all of the counts contained in the charging document.
- Sentence Bargaining    ex) drug case.
- Defendant pleads guilty knowing the sentence that will be imposed, typically less than the maximum.

Judges required to follow guidelines
+ must document in writing if they do Not.
Judges discretion — Because of the with the
Judges discretion
he/she will see why I
deserve every single
dollar, I demand.

need for treatment and potential for reform.

Who should decide the sentence
- Legislature
  - Determine type of sentencing structure
- Judicial Responsibility
  - Judges chose among the sentencing options provided by the legislature.
- Executive responsibility
  - Parole
  - Pardons

Sentencing Structures
- Indeterminate Sentencing
  - Legislature specifies a minimum and maximum sentence for each offense. each individual is different
  - Parole board determines release.
- Determinate Sentencing
  - Legislature provides a presumptive range of confinement for each offense or class of offenses.
  - Judge imposes a fixed term within this range.

Mandatory minimum sentencing
- Offenders must serve a prison term of not less than specified period of time
- Sentencing Guidelines
  - Legislatively authorized sentencing commission establishes presumptive sentencing guidelines

BASED ON:
1 — Seriousness of offense
1 — Prior criminal record

Punishment and Sentencing

Goals of Punishment

- Retribution
- "Eye for an Eye"    adversarial.
- Deterrence
- stop people from committing crime in future
- General deterrence. Sets an example for everybody.    *If I murder my child I could go to jail, so I*
- Incapacitation
- Prevent future criminal behavior of offender
- Rehabilitation
- Fixing/treating the offender.
- Restorative Justice
- Repairing the community.

How much should we punish?

- Retribution
- Punishment should equal the amount of harm done by the offender.

Deterrence
- Punishment should be sufficient to outweigh the benefits of the crime.

- Incapacitation
- Punishment should be proportionate to the risk posed by the offender.

Rehabilitation

Jails          156 private
                prisons. same
                        price
                        $5 regula

• Local facilities for the detention
  of people awaiting trial and sentenced
  misdemeanants

• 3,365 jails in US.

• Over 630,000 persons are in jail everyday.
  Over 11 million jail admissions per day

• Disproportionately inhabited by men,
  minorities, poorly educated and low
  income.

Following civil war, southern states developed the lease system
- Businesses in need of workers negotiated with the state for labor and care of prisoners.
- Many argue that blacks were exploited worse than under slavery because there was no ownership
+ Prisoner death rates increased

Demise of PA and NY Systems
- During mid-19th century, the reformatory movement started due to criticism in PA and NY systems   - Zebulon Brockway
- Failure as a result of poor administration
- Within 40 years, the pens were overcrowded, understaffed and corrupt.
- Punishments were cruel
+ Hanging by thumbs, whippings, beatings water tortures, solitary confinement in cramped, dark dungeons, starvation diets of bread & water
- Penal reformers were trapped by their ideology of rehabilitation - pens were best form of rehab due to the strict internal regimen.

- Seperate System - version of maximum security
- Pittsburgh (1826) and Philly (1829)
- Purpose was to hold hardened and atrocious offenders
- 1st was Walnut Street Jail
- Prisoners kept in solitary/seperate confinement with no interaction with anyone.

    5 PRINCIPLES of Seperate Confinement
- Prisoners could change through hard and selective forms of suffering
- Solitary confinement would prevent further corruption inside prison
- Prisoners could reflect on their crimes and would eventually repent.
- Solitary confinement is punishment because humans are by nature social animals
- Solitary confinement is economical because prisoners would repent quickly.

    ↑ Strategy I think is being used by police, school, and other law enforcing agencies.

PRISONS were about reforming the law — alternative to cruel punishments.

Late 19th Century
- By the end of the 1st quarter of the 20th Century, every state in the union had built a prison or had begun construction of one.

discrimination at work

* Root of crime was not the individual
- Root of crime was corruption within community, inadequacy of family and other social & religious institutions.
- Prisons needed to insulate the offender from criminal temptations in society.

TWO BASIC PRISON MODELS
- Congregate System in NY
- Originated between 1810-1823 in Auburn, NY   congregate.
  - Me being shunned.

12 DEC 12
A handful of ppl yesterday said hi to me in Madison — in Mke people walk by dont say a word ppl I know.

* - Prisoners were held in isolation at night but worked with other prisoners during the day
- Worked under the rule of silence and were forbidden to speak or exchange glances.

similar to lease system.

- Warden started the contract labour system which made prisons self-sufficient.

# Colonial America   ch. 11

- Equated crime with sin
- Criminal codes established DP for numerous offenses — murder, arson, horse stealing, children's disrespect for parents
  - Instead of the administration emailing or calling to congratulate
- Punishments were harsh, cruel and public
  - Like some black parents whooping their kids in public for touching candy bar.          corporal punishment.
- Fines, corporal punishment, executions, banishment
  - stoned, whippings
- psychological torment.
  - FB status directed at me. You can adjust settings to do that via FB.  cybercrime. hacker.
- Imprisonment was rare.
- Goals of punishment was the deter the offender by reforming the deviant
- Punishment was the right of society to protect itself and to wage war against individual sin
- Deviance was the fault of the offender not a breakdown of society.
- Reliance on family for social control
- 3rd time offenders received hanging
  - Beginning of 19th Century
- Beccaria — severe punishments ineffective
- DP abolished or limited to certain crimes
- Corporal punishment eliminated
- Incarceration became the basic form of punishment.
- Focus was not on offender or prisons but on reforming the criminal law.

Results Suffered - 19 Dec 12  12:15 AM
- Emotional distress mental distress or anxiety suffered as a response to a sudden, severe, and saddening experience.
- Emotional disturbance - behavioral disorders or mental illness. Anxiety disorders, conduct disorders, OCD, psychotic disorder manic depression, bi-polar disorder. Paranoia.

to seek just punishment for those guilty of unlawful behavior; and to ensure fair and impartial administration of justice for all Americans."

12:49 pm Advertising site said I received my inquiry yet I didn't 2$3,889 views. 8:37 pm 11Dec12

Euphamisms aggressive
passive form
of communication

i-Dec R 7:35 pm Car pulls up with high winds.
shining through my blinds form.
felt as if my life was threatened
— hopelessness
— forgetfulness — shut in
— for different purposes
being used for business
while being discriminated against.

HIV out for 7/2
Life endangered
make me distressed by

Even with High Emotional IQ to I experienced severe

mental anguish and inconvience.
Punitive damages also may be available
if an employer acted with malice or
reckless indifference. Punitive damages
are not available against the federal, state,
or local governments.

Punitive damages — terms that that damages include bad faith, fraud
defendant acted intentionally, maliciously, oppression, outrageous, violent, plaintiff.
rights, interests of
wanton, wicked, and reckless.

Department of Justice
the United States Federal department responsible
for enforcing federal laws including the enforcement
of all civil rights legislation

- civil rights - the rights of citizens to
political and social freedom and equality.

- civil rights act of 1964
The Civil Rights Act of 1964 was a landmark
piece of legislation in the United States that
outlawed major forms of discrimination.

Mission statement of the U.S. Department of Justice
To enforce the law and defend the interests of
the United States according to the law', to
ensure public safety against threats foreign
and domestic', to provide federal leadership in
preventing and controlling crime

Motives for orgs dropping me, not communicating w/ me.
Elijah Muhammad and other prominent NOI
leaders had become privately critical of Malcolm X
and jealous of his growing national prominence
outside their organization.

†Malcolm's close identification w/ socialism and Third
World liberation led to his extensive surveillance
by the FBI. pg. 404 "Let Nobody Turn Us Around"

As a result "police" launched a carefully planned raid
against the Panther HQ and murdered Hampton.
Activist Fred Hampton (1948-1969) - headed
most influential chapter outside of the Bay Area. Black
                                                                    Panthers.

Initiation similar to what gangs do.
To be accepted into a group.

FACT
*paranoia takes time to set in.

Why do this?                    Ch. 12

4 Factors in Support of Community
Corrections
→ why they could not put me in jail shanned
and conspirat to do so. Why they blame me
*Criminal record and current offense does   why they
not warrant incarceration.          would wait
                                    for me to redict
                                    first.
*Cheaper than incarceration.
         ~ re-offending
*Recidivism — similar to those incarcerated
• Ex-inmates need both support and
supervision upon their return to the community


Probation
• Conditional release of the offender into
the community under supervision of correctional
officials. over 4 million on probation


Origins of Probation
       Shoemaker from Boston
John Augustus is credited with 1st program
in 1841
• Massachusetts developed first statewide
program in 1880.
• Original focus was moral leadership.
• Currently, the focus is on risk management
† punishment should fit crime
† Amount and type of supervision is determined
by the Risk that the probationer will return to
crime.

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 54 of 76   Document 1

Prosecutors have absolute immunity from civil lawsuits when acting as courtroom advocates.

Activities of Prosecutors
- Fighting
- Negotiating
- Drafting
- Counseling
- Administering

DECISION TO CHARGE
- Reasons for prosecutorial discretion
- Overcriminalization in the criminal code
- Severity of criminal sanctions in U.S.
- Economic impossibility of full enforcement of existing laws.

FACTORS affecting prosecutorial discretion.
- Evidence.
- Court Congestion
- Police attitude toward the case
- Suspect's background and characteristics
- Costs and benefits of obtaining a conviction
- Attitude of community toward the offense
- Defendant's susceptibility to rehab
- "Winnability" of the case

tshombeKnight@yahoo.com

414-388-9367 / 414-803-3233

Tshombe Knight

Highly visible cases get
a lot of public attention
Jury trail.

Cake Model
- Layer one
  - Celebrated cases

Layer two
- serious felonies

Layer three
- less felonies

Layer four
- misdemeanors
  90% of all cases
  littering

long criminal histories
violent crimes to
victims unknown
to them.
offenders are seen
as less important
typically
a range of
the system.
relationship between victim
or bare of offender.

## Goals of Criminal Justice System
- Doing Justice.

Doing justice is subjective. Everyone has an opinion.

- Controlling Crime. - strategy.
- Preventing Crime. - cannot happen, poverty,
  Packed model        break out etc.

Legitimacy. protecting Due Process - forever changing  Crime control
civil liberties                      ideological extreme  Politically conservative
Miranda rights                       repressing crime.    Swiftness & certainty
1944                                                      emphasizing efficiency.
                                                          major are made by
## Dual System of Government                              the police.
                                                          Adversarial.

- Legislative - Article I - make laws
- Executive   Article II - enforces law
- Judicial - Article III - interprets law   simply      Multi-cultural
                                            2 different Diversity vs difference
                                                        Discrimination 3
  2 Key Attributes to CJ system                                         script
- Decentralization - we share in the                    Two explanations
  power and control                                     1. Differential offending
- Variation                                             2. Differential Treatment/
                                                           Enforcement
  MAIN PARTS OF CRIMINAL JUSTICE
- Police  · Courts  · Corrections
18,769                        over 7 million
Police departments            adults on probation. - they went
                                                      to keep them
                                                      in the community.

4 MAJOR CHARACTERISTICS OF CJ system
- Discretion - officals freedom to act according to his
  or her own judgement.
- Resource Dependence - Media plays a roll.
- Sequential tasks
- Filtering  95% of all cases
             are plea bargained out.
  Ways of viewing Criminal Justice System
- Complex Whole
- Interdependent parts - you need me to teach the
                         class I need you to get paid.
- Actions directed toward Goals
- Influenced by Environment in which it functions.

  No systems perspective
- mutual transfer of resources
- Each part working to meet same overall goal
- coordination
- Competition for resources
- Diff. functions → work toward different goals

12 Dec 12

Defamation - of character
wikihow.com/sue-for-defamation
~ publication w/o justification
or lawful excuse which is calculated to injure
the reputation of another by exposing him to
hatred, contempt, or ridicule. Kobina - About check
which would make
you ~ 1:30.
Euphemisms in emails, from CEO.

Stalking is repeated, unwanted behavior
that threatens or harasses a person and
causes that person to be afraid. This type
of behavior can be physical or cyber-
by using the internet or other electronic tools
- can cause psychological damage.
The majority of stalking victims are ordinary
people, who are being pursued and threatened
by someone they already know, such as
ex-boyfriends, ex-husbands or ex-employees.
- using technology like hidden cameras or GPS
systems, to track where you go.
Trying to find information about you,
using: public records, online search services,
hiring investigators, going through your garbage
or contacting people you know
Other actions that control, track, or frighten you.
Being stalked may make you feel or behave
- At Hesistant to trust people.                  impatient, or on edge, irritable
- vulnerable or unsafe                           isolated, frustrated
flashbacks, disturbing                           confused. appetite loss
thoughts, feelings, or memories trouble remembering things  overwhelmed, angry  12 Dec 12
3:55 only
mad sonako
cool cave

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 57 of 76   Document 1

12Dec12

wotrihow.com/sue-fur-defamation

Defamation — of character ← publication w/o justification
or lawful excuse which is calculated to injure
the reputation of another by exposing him to
hatred, contempt, or ridicule. Kobina - About check
which would make
You 31:30.

Euphemisms in emails, from CEO.


Stalking is repeated, unwanted behavior
that threatens or harasses a person and
causes that person to be afraid. This type
of behavior can be physical or cyber-
by using the internet or other electronic tools
- can cause psychological damage.
The majority of stalking victims are ordinary
people, who are being pursued and threatened
by someone they already know, such as
ex- boyfriends, ex-husbands or ex-employees.
- using technology like hidden cameras or GPS
systems, to track where you go.
Trying to find information about you,
using: public records, online search services
hiring investigators, going through your garbage
or contacting people you know
Other actions that control, track, or frighten you.
    Being stalked may make you feel or behave
                                          impatient, or on edge, irritable
- At Hesistant to trust people          isolated, frustrated
- vulnerable or unsafe                   confused. Appetite loss
                                          overwhelmed, angry  12Dec12
flashbacks, disturbing                                      3:55 only
thoughts, feelings, or memories trouble remembering things  had donuts
                                                             2 cool water

Case 2:12-cv-01294-LA   Filed 12/20/12   Page 58 of 76   Document 1

co-conspirator received personal benefit
or profit is of no importance.
A conspiracy exists as long as measures
are taken to conceal evidence of the crime.
A person who did not participate in the
original agreement can become a co-conspirator
after the actual criminal act if the person joins
in the concealment of the conspiracy. Whether
a co-conspirator received personal benefit or
profit is of no importance. — felony, even
it is a
When the crime is planned out and carried out as
a misdemeanor.

- White collar criminal prosecutions.
A person or business generally is guilty of
conspiracy to commit a crime if that person
or business does one of the following.
- with the purpose of facilitating or promoting
its commission, agrees with another person
or business to engage in conduct that
constitutes a crime or an attempt or
solicitation of a crime, or agrees to aid another
person or business in planning, committing,
or attempting to solicit a crime.
Conspiracy — although evidence is hard to gather
in criminal conspiracy cases, since most of the elements
must be inferred from what little evidence actually exists,
trial judges often have more sympathy for the prosecutors as a result

An agreement between two or more persons to engage jointly in an unlawful or criminal act, or an act that is innocent in itself but becomes unlawful when done by the combination of actors. For example, one who conspires with another to commit Burglary and in fact commits the burglary can be charged with both conspiracy to commit burglary and burglary.

Overt Act - An overt act can be any step that indicates that the execution of the conspiracy has begun. This can be an innocuous act and need not be illegal unto itself. For example, if two persons agree to rob a bank, then purchase a ski mask, the act of buying the mask may constitute the overt act required to charge the two with conspiracy. The overt act must follow the agreement and must be executed with an intent to carry out the purpose of the conspiracy. For example, if one of the potential bank robbers buys a ski mask after the agreement is made, the purchase may not constitute the overt act if the ski mask will not be worn to carry out the robbery. An overt act need not be committed by each & every conspirator; an overt act by one conspirator solidifies the offense for all co-conspirators. Thus, a

conspiracy to defraud, from norms of... statutory conspiracy.
conspiracy to corrupt public —dictionary.com/conspiracy...
conspiracy legal-dictionary to engage in an ... intent
- agreement unlawful act with to carry out the act.

A conspiracy is an agreement between two or more persons to commit a crime at some time in the future. Criminal law in some countries or for some conspiracies may require that at least one overt act must also have been undertaken in furtherance of that agreement, to constitute an offense. There is no limit on the number participating in the conspiracy and, in most countries, no requirement that any steps have been taken to put the plan into effect. For the purposes of concurrence, the actus reus is a continuing one and parties may join the plot later and incur joint liability and conspiracy can be charged where the co-conspirators have been acquitted or cannot be traced. Finally, repentance by one or more parties does not affect liability but may reduce their sentence. - wikipedia.com  12 Dec 12

- Common law, the crime of conspiracy was capable of infinite growth, able to accommodate any new situation & to criminalize it if the level of threat to society was sufficiently great. The courts were therefore acting in the role of

- positive movement, role model to low is > threat to society that does sound? gives people the right to plot be them positive and help people so till me for it.

What Elements are needed to prove criminal conspiracy

Motive "Life hacker" control by 344

The two key elements in proving a conspiracy are an agreement and an act in furtherance of the conspiracy by one of the actors.

what the boy said

• A key element in prosecuting a defendant for conspiracy is proving the agreement. The agreement that forms the basis for conspiracy need to not be written, oral, or even explicit but is often inferred from the facts of the specific case. If the parties meet and reach an understanding to work for a common purpose, there is an agreement.

words from Don to help than

• Most criminal conspiracy statutes also require that at least one of the parties has committed an overt act in furtherance of the conspiracy.

$100/000. Tell Brian to call me I like him.

• Chain conspiracy. —Involves several parties as links in one long criminal chain. Defendants in chain conspiracies are responsible for the actions of all participants in the chain, even if they never met some of the other participants in the chain.

• hub-and-spoke conspiracy, many parties conspire with one person, but not with other defendants. It is advantageous for a defendant to have its actions characterized as part of a hub-and-spoke conspiracy, because that means the conspiracies are not connected.

# Discrimination by type

harassment is illegal when it is so frequent or severe that it creates a hostile or offensive work environment or when it results in an adverse employment decision (such as the victim being fired or demoted.)

I am also protected from discrimination based on their relationship with a person with a disability, even if they are not themselves have a disability, be an employee has that has a disability that is illegal to discriminate for that.

**Age** – Involves treating someone less favorably bc of his age.

**Disability** – treats an employee or job applicant less favorably be cause she has a history of a disability (even as aware that is controlled or in remission) or bc she is believed to have a physical or mental impairment that is not transitory or expected to last 6 months or less) and minor if she does not have such an impairment,

**Equal pay/compensation**

**Genetic Information** – includes info about an individuals' genetic tests and the genetic tests of an individuals family members as well as info about the manifestation of disease or disorder in an individuals family members (i.e. family medical history)

**National Origin** – in an individual because of ethnic background, particular discrimination involves treating people unfavorably be they are married to (or associated with) a person of a certain national origin or bc of their connection with an ethnic org or group.

**Pregnancy** – unfavorably be of childbirth or of a medical condition related to pregnancy.

**Race/Color** – unfavorably bc/he certain race or bc of personal characteristic associated with race (such as hair texture, skin color, or certain facial features. Skin color complexion.

**Religion** – bc his or her religious beliefs.

**Retaliation** – include hiring, firing, pay, job assignments, promotions, layoff, training. It is illegal if an employee, job applicant, or the team or condition of employment if an individual file a charge of discrimination, complained to their covered entity about discrimination on the job, or because they participated in a discrimination proceeding such as an investigation or lawsuit.

**Sex** – if a person be the carts in run or the team or conditions the laws we enforce make it illegal to fire, demote, harass, or otherwise "retaliate" against people be they filed a

## Sexual Harassment

Unwelcoming sexual advances, requests for sexual favors, and other verbal or physical harassment of a sexual nature.

## 4 Major characteristics of CJ System

**discretion** – officials freedom to act according to his or her own judgement.

Hearsay evidence is not admissible except as provided by statute or court rules. When witnesses offer evidence that they don't have direct knowledge of (and which is based on what others have said to them) this evidence is called hearsay. Hearsay is generally not permissible bc it tends to be unreliable.

5:49 pm    11 Dec 12

# Discriminatory practices

under these laws also include:

- harassment, on the basis of race, color, religion, sex, national orgin, disability, genetic information, or age;

retaliation against an individual for filing a charge of discrimination, participating in an investigation, or opposing discriminatory practices;

## EEOC

- National orgin discrimination

It is illegal to discriminate against an individual because of birthplace, ancestry, culture, or linguistic characteristics common to a specific ethnic group.

- relief or remedies available for employment discrimination, whether caused by intentional acts or by practices that have a discriminatory effect may include:

- back pay, hiring, promotion, reinstatement, front pay, reasonable accomodation, attorneys' fees, expert witness fees, and court costs.

I am the soul within, gratitude, great smile.

Due process - reality / crime repressing efficie

You can't violate peoples rights. adversarial - checks & balances

you uncover my truth in an adversarial due process
take law - highly public
Celebrated Cases - adversary
Serious felonies - defender
Lesser felonies - less important
Misdemeanors - traffic violations
garbage of the system

I am a victim of many of these
crimes. see conspiracies.

Crime - is whatever the lawmakers say it is.

Visible Crime

Occupational crime - crime committed in a legal business
profession. + insider trading

Organized crime - frame within which crime is committed

Victimless Crimes - willing & private exchange of goods
or services that are in strong demand but illegal.

Political crime - criminal acts committed by
government or against a government that
are carried out for ideological purpose.

Cybercrime - involves use of the computer on the internet against
acts on society.

How do we measure crime?
- UCR - uniformed crime reports.
  Crimes were most concerned about are index crimes (
  Homicide, forcible rape, arson, burglary, robbery, agg. assault,
  larceny/theft, auto theft.
- NCVS - national victimization survey
  100,000 people in 50,000 households are inte
  bjs - on google
Violent Victimization rates

10 Dec 12

## Why is there racism?

I think it's Ones ideology, or belief that does not welcome different behaviour, different attitudes, — In my own attitude about beauty, skills, talents, celebrating our prefrences. Inner experiences different ideas or perspectives of different cultures, d... different races, different ethnicities, different nationalities. Which results in a sense of superiority over folks,

## What is racism?

If is shallow, narrow minded, insecure, stunts development. diversity expands the mind. homogeny.

I think it is Teaching a man to hate himself is much more criminal

Prejection of different behaviors, perspectives/ or idea, culture, attitudes outside of your "own" identity. Because of race, ethnicitie, creed, and/or nationality.

## What is discrimination?

Attemping to negatively affect or block a person because of their membership.

Jim Crow laws + segregation.

de facto discrimination. Segregated city of Milwaukee

## Who am I?

I, Kvon Smith am a renaissance man.

Renaissance means leaving the generational past behind, post Great Migration.

- conspiracies, crime

Destruction of progress.

Intimidation 1960s it was lynching, cross/church, home-burning.

(Affecting value) slowdowns, breaking toads, escape, abortion. Almost like reverse psycology the way this is being used w/me. credit card, debit card.

b. (Liberation) Rebellions, maroons, reading and writing, escape. ↳ I am bc I do not care what people think of me, I am myself.

# Right to Evidence Disclosure. (Discovery)

## Procedures for obtaining evidence

Once the defendant is charged with a crime, the court sets the time for when a request for discovery can be made. The defendant can then make a formal request, called a motion, for information. The government must then disclose the information requested by the defendant.

The gov't has a continuing duty to disclose evidence after a request for disclosure has been made. It must promptly disclose additional evidence whenever it discovers it, even during trial.

- helps defendant make informed decisions and minimizes surprise at trail.
- Oral + written statements made by the defendant to police officers
- tape - recorded statements of the defendant
- testimony by the defendant at a grand jury.
- defendant's criminal record
- books, papers, documents and photographs
- Information from a physical or mental examination
- Information from a scientific test or experiment
- Names + qualifications of experts and a summary of their testimony.

criminal, lawyes.com/criminal-law-basics

Gov't entitled to disclosure (violated)

* gov't may only request disclosure if the defendant has first requested disclosure from the gov't.

** Discovery misconduct

The defendant is guranteed the right to file trial. gov't must follow the law and respect the rights of the defendant. If it fails to do so, it commits misconduct.

* • court my prevent the party from using the undisclosed evidence

• court may grant more time to the other party to review the newly disclosed evidence & prepare for trail.

• court may order the party to disclose the information at a specific time, place and manner

How can I make sure that the gov't is disclosing all the evidence it finds in my favor? Must the gov't disclose the reports of any experiments it took for the case? What if the reports contained information on the gov't theories of the case? legal-dictionary.thefreedictionary.com

Product Rule. If a party will not disclose information during the discovery process, a court may issue an order compelling the production of evidence.

Recorded communications and evidence derived there from that were not lawfully obtained may not be presented to a grand jury. Whenever wirre or oral communication has been intercepted, No part of the contents of the contents of such communication and no evidence derived there from may be received in evidence in any teril hearing, or other proceeding in or before any court, grand juey, department, officer, agency, regulatory body, legislative committee, or other authority of the United States, a state or a political subdivision thereof if the disclosure of that information would be in violation of this chapter.

Religious-Military professionals must remember that religious choice is a matter of individual conscience. Professionals - and especially commanders - must not take it upon themselves to change or coercively influence the religious views of subordinates.

With that said we would be interdependent poets - I need you to go to court w/me and win, and you need me, this case is a highly visible case, a celebrated case, this would be an acme to your career. You would get rich, we would get international and national notoriety, and you will get more clientele which equals more money for you.

Openness

Professionals of integrity encourage a free flow of information within the organization. They seek feedback from all directions to ensure they are fulfilling key responsibilities, and they are never afraid to allow anyone at any time to examine how they do business.

self-respect

To have integrity is also to respect oneself as a

ex) My emails to legal advice + resources
ex) Requirement w/ roommate to do a check for rent. He mentioned he had nothing to do with why it didn't go thru + can't cash a check that is not to him. I said that is reasonable when he said a businessman should know that. AND when the check comes in, in two days what is that gonna make you look like? Like he said.

PROFESSIONAL and a human being. A person of integrity does not behave in ways that would bring discredit upon himself/herself or the organization to which he/she belongs.

Humility - A person of integrity grasps and is sobered by the awesome task of defending the Constitution of the United States of America.

Discipline AND self-control

Professionals cannot indulge themselves in self-pity discouragement, anger, frustration or defeatism. They have a fundamental moral obligation to the persons they lead to strike a tone of confidence and forward-looking optimism.

Anger - Military professionals especially commanders are expected to refrain from displays of anger that would bring discredit upon themselves and/or the Air Force.

AIR FORCE . COM   my values.
"We do the impossible."

First core value: Integrity first

Second core value: Service Before self

Third core value: Excellence in all we do.

Inspires us to do our very best at all times.

Courage: A person of integrity possesses moral courage and does what is right even if the personal cost is high.

Honesty: Honesty is the hallmark of the military professional because in the military, our word must be our bond. We don't pencil-whip training reports, we don't cover up tech data violations, we don't falsify documents and we don't write misleading operational readiness messages. The bottom line is: We don't lie, and we can't justify any deviation.

Responsibility: No person of integrity is irresponsible; a person of true integrity acknowledges his/her duties and acts accordingly.

Accountability: No person of integrity tries to shift the blame to others or take credit for the work of others. "The buck stops here" says it best.

Justice: A person of integrity practices justice. Those who do similar things must get similar rewards or similar punishments.

the accusation; to be confronted with
the witnesses against him; to have
compulsory process for obtaining witnesses
in his favor, and to have the assistance of
counsel for his defense.

Amendment 7

In suits at common law, where the value
in controversy shall exceed twenty dollars,
the right of trial by jury shall be preserved
and no fact tried by a jury, shall be otherwise
reexamined in any court of the United States,
than according to the rules of the common law.

Amendment 8

Excessive bail shall not be required, nor
excessive fines imposed, nor cruel and
unusual punishments inflicted.

Amendment 9

The enumeration in the Constitution
of certain rights, shall not be construed
to deny or disparage others retained by
the people.

Amendment 10

The powers not delegated to the United
States by the Constitution, nor prohibited
by it to the states, are reserved to
the states respectively, or to the people.

Amendment 5

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces or in the militia, when in actual service in time of war or public danger; nor shall any person be or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

Amendment 6

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trail, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law and to be informed of the nature and cause of

# Bill of Rights

## Amendment 1

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or 2 bridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

## Amendment 2

A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

## Amendment 3

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

## Amendment 4 — Broken w/ stolen technology is now, modern spy software illegal storing my stuff, releasing my personal Including intercepting of mail, email, wire tapping.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons

- MENS Red - intent; guilty state of mind.
- CONCURVENCE - intent and act must be present at the same time
- Punishment- must be a provision in the law calling for punishment of those found guilty of violating the law.

Elements of a Crime
Prosecutor has to prove
Actus Reus, MENS Red, CONCURRENCE

- Exceptions
- Strict Liability — intent not necessary
  -example: keeping dangerous animals; no fence around a swimming pool, etc.

→ 8 defenses for Criminal Acts
MENS Red
   Castles doctorine -"right to shot someone"

                 (encouraged)
Entrapment - when individuals are induced by gov't agents
Self-defense the right to defend others + yourself from attack to protect property + prevent a crime must be immediate danger, reasonable force.
Necessity-when people break the law in order to save themselves or prevent some greater harm
                                        a criminal act
Duress - when someone commits because he or she
   she coherest by another person.
immaturity-typically age 7-14 are not responsible because they are too young to form requisite intent.